Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
DEMATTEO LAW, PLLC
830 Third Avenue, 5th Floor
New York, NY 10022
Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
Headhunter LLC



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEADHUNTER LLC<br><br>*Plaintiff*,<br><br>v.<br><br>DOE—173.56.227.169, DOE—74.101.195.69, DOE—66.108.149.41, DOE—74.64.15.54, DOE—67.245.119.136, DOE—68.174.14.136, DOE—142.255.54.161, DOE—108.179.35.57, DOE—74.88.65.95, DOE—173.52.54.57, DOE—184.153.57.23, DOE—67.247.58.26, DOE—74.71.19.52, DOE—74.88.65.133, and DOE—74.90.4.224,<br><br>*Defendants*. | Civ. A. No. 1:17-cv-05314-DLC-BCM<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), please take notice that the within action is dismissed with prejudice as to defendant DOE—74.90.4.224 only, as the parties have settled.

DATED: November 17, 2017

Respectfully submitted,

DEMATTEO LAW, PLLC

Bryan N. DeMatteo (BD 3557)
bryan@demfirm.com
830 Third Avenue, 5th Floor
New York, NY 10022

**SO ORDERED:**

_____
**U.S.D.J.**
11/20/17

1
DEMATTEO LAW, PLLC
www.demfirm.com

Tel.: (866) 645-4169
Fax: (732) 301-9202
*Attorneys for Plaintiff*
*Headhunter LLC*
